IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM A. BLAND,

    Plaintiff,

v.                              CASE NO. 5:12-cv-223-RS-EMT

E. LOUIS, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 52). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion to Dismiss (Doc. 35) is **GRANTED**.

3. The case is **DISMISSED with prejudice** for failure to exhaust administrative remedies.

4. The clerk is directed to close the file.

**ORDERED** on July 23, 2013.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**